### [ Elyott v. Starr ]

Henry Elyott plaint. ag⁺ Robert Starr Defend⁺ in an action of the case for refuseing to pay the Summe of Seven pounds ten Shillings in money due for a horse Sold him: The action being called the Defendant appeared not but mʳ Anthony Checkley declared hee appeared as his Surety: . . . The Jury . . . found for the plaint. Seven pounds five Shillings money and costs of Court granted thirty Six Shillings Fouʳ pence.

### [ Harbour v. Webb and Allen ]

John Harbour plaint. ag⁺ Christopher Webb & Joseph Allen Defend⁺ˢ in an action of Reveiw of a case tried at the County Court held at Boston in april last where the sᵈ Webb and Allen obtained judgem⁺ ag⁺ the plaint. for costs of Court Fifteen Shillings and two pence: . . . The Jury . . . found for the plaint. three pounds money damage and costs of Court thirty one Shillings six pence.

Execution issued. Novʳ 15. 1678.